**No. 10-695. Mark D. Lay, Petitioner v. United States.**

563 U.S. 1003, 131 S. Ct. 2481, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3576.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1264, 131 S. Ct. 1570, 179 L. Ed. 2d 489, 2011 U.S. LEXIS 1766.

**No. 10-768. Aftermath Records, dba Aftermath Entertainment, et al., Petitioners v. F.B.T. Productions, LLC, et al.**

563 U.S. 1003, 131 S. Ct. 2482, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3548.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1286, 131 S. Ct. 1677, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2255.

**No. 10-934. Arkalgud N. Lakshminarasimha, Petitioner v. United States, et al.**

563 U.S. 1003, 131 S. Ct. 2482, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3558.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1288, 131 S. Ct. 1690, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2216.

**No. 10-7842. Richard Olson, Petitioner v. Estate of Veronica Gaignat, Deceased.**

563 U.S. 1003, 131 S. Ct. 2482, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3557.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1228, 131 S. Ct. 1486, 179 L. Ed. 2d 320, 2011 U.S. LEXIS 1381.

**No. 10-8006. Christopher Darnell Stratton, Petitioner v. Texas (three judgments).**

563 U.S. 1003, 131 S. Ct. 2482, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3598.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1231, 131 S. Ct. 1498, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1628.

**No. 10-8191. William Quinn Day, Petitioner v. United States.**

563 U.S. 1003, 131 S. Ct. 2482, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3556.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1238, 131 S. Ct. 1518, 179 L. Ed. 2d 338, 2011 U.S. LEXIS 1676.

**No. 10-8202. Felix Brown, Jr., Petitioner v. Margaret Bradshaw, Warden.**

563 U.S. 1003, 131 S. Ct. 2482, 179 L. Ed. 2d 1238, 2011 U.S. LEXIS 3570.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1238, 131 S. Ct. 1520, 179 L. Ed. 2d 339, 2011 U.S. LEXIS 1529.